## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL COVALESKI,** | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| | : | |
| v. | : | No. 15-0126 |
| | : | |
| **HEWLETT-PACKARD COMPANY,** | : | |
| Defendant. | : | |

### ORDER

This 20th day of June, 2016, upon consideration of Defendant's Motion for Summary Judgment and Plaintiff's Opposition thereto, based on the reasons explained in the foregoing Memorandum, it is hereby **ORDERED** that Defendant's Motion is **DENIED IN PART** as to Plaintiff's age discrimination claims under the ADEA (Count I) and the PHRA (Count III) and **GRANTED IN PART** as to Plaintiff's disability claims brought pursuant to the ADA (Count II) and the PHRA (Count III).

/s/ Gerald Austin McHugh
United States District Court Judge